IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY LEE RAY,

      Petitioner,                      No. CIV S-11-1815 EFB (TEMP) P

     vs.

UNKNOWN,

      Respondent.             ORDER

_____/

     Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

     Petitioner seeks modification of his sentence. Petitioner is currently incarcerated in Kings County. This action should have been commenced in the district court in Fresno. E.D. Cal. Local Rule 120(d).

     Accordingly, it is hereby ordered that:

     1. This action is transferred to the district court in Fresno. *See* E.D. Cal. Local Rule 120(f).

     2. The Clerk of Court shall assign a new case number.

////

////

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: July 14, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE